# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Daelim Industrial Company, Ltd. ) ASBCA No. 59885
)
Under Contract No. W912UM-13-C-0020 )

APPEARANCES FOR THE APPELLANT: Christopher A. Wright, Esq.
Carney Bradley Spellman
Seattle, WA

Christine J. Lee, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
Seattle, WA

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
Acting Engineer Chief Trial Attorney
Robert M. Sundberg, Esq.
Paul L. Huhtanen, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Far East
Seoul, Korea

## ORDER OF DISMISSAL

Following a successful mediation on 23-26 August 2016 in Seoul, Republic of Korea, the dispute underlying this appeal has been settled. The parties were allowed the necessary time to fulfill the requirements of the settlement agreement, and are commended for their efforts. The "Joint Motion to Dismiss the Proceedings with Prejudice" dated 22 February 2018, states that the "Government has paid the settlement amount and accrued interest to Daelim in accordance with the terms of the Settlement Agreement." We grant the parties' motion and dismiss this appeal with prejudice.

Dated: 7 March 2018

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59885, Appeal of Daelim Industrial Company, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals